UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10CV-97-R

LYNN GIBSON					PLAINTIFF

VS.		Agreed Order  **TO EXTEND FACT DISCOVERY DEADLINE**

CHRISTIAN COUNTY SCHOOL BOARD
and BRADY LINK, in his official and individual capacities		DEFENDANTS

\* \* \* \* \* \*

Comes the Plaintiff, Lynn Gibson, by agreement between the parties, and respectfully moves this court for a ninety (90) day extension of time up to and including August 29, 2011, in which to complete fact discovery. The undersigned has consulted with Hon. Regina Jackson, counsel for Defendants, who has stated that she has no objection to an extension of time for discovery. Thus the parties request the Scheduling Order be changed to reflect the following: No later than **August 29, 2011** the parties shall complete all **fact discovery**.

**WHEREFORE**, counsel respectfully moves this Court for an extension of time up to and including August 29, 2011, in which to complete fact discovery, and the Scheduling Order be changed to reflect the new date.

HAVE SEEN AND AGREE:

s/Regina Jackson
REGINA JACKSON
ENGLISH, LUCAS, PRIEST, & OWSLEY, LLP
1101 College Street P.O. Box 770
Bowling Green, KY 42102-0770
Counsel for Defendant

s/Daniel J. Canon
DANIEL J. CANON
462. S. Fourth Avenue
Suite 101
Louisville, KY 40202
(502) 561-2005
Counsel for Plaintiff