**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:10CV-97-R**

LYNN GIBSON                                                                                           PLAINTIFF

V.

CHRISTIAN COUNTY SCHOOL
BOARD, *et al.*                                                                                    DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel