UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
NO. 5:10CV-97-R

LYNN GIBSON                                                                                       PLAINTIFF

v.                    **AGREED ORDER OF DISMISSAL**

CHRISTIAN COUNTY SCHOOL BOARD
and BRADY LINK, in his official and
individual capacities                                                                         DEFENDANTS

The parties having agreed, as evidenced by the signatures of the plaintiff and counsel for the parties affixed hereto, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the complaint, amended complaint, and all claims embodied therein, including but not limited to claims against the Board of Education of Christian County, Kentucky, Brady Link and Geoffrey Bailey, be and are hereby dismissed with prejudice, with each party to pay its own attorneys' fees and costs.  The parties are ordered to strictly adhere to the confidentiality provisions contained in the Confidential Settlement Agreement and Release they have signed.  This action is stricken from the docket.

1012588

**HAVE SEEN AND AGREE:**


_s/Daniel J. Canon (with permission)_
Daniel J. Canon, Counsel for Plaintiff


_s/Regina A. Jackson_____
Regina A. Jackson, Counsel for Defendants



Clerk, please send copies to:
Regina A. Jackson
Jack N. Lackey, Jr.
Daniel J. Canon

1012588